AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Roberto Daniel ALVAREZ-Castro, YOB: 1987, MEX | ) | Case No. M-19-0538-M |
| Oscar Ivan MEDINA-Rizo, YOB: 1986, MEX | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 5, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C., 841 (a)(1) | Knowingly and Intentionally Possess with Intent to Distribute approx. 147.65 kilograms of Marijuana, a Schedule I Controlled Substance |
| 21 U.S.C., 846 | Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 147.65 kilograms of Marijuana, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

Approved by

Sworn to before me and signed in my presence.

Date: __03/06/2019   8:53 am__

_Complainant's signature_

Cosme A. Muniz III, DEA Task Force Officer
*Printed name and title*

_Judge's signature_

City and state: __McAllen, Texas__

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

On March 5, 2019, at approximately 6:00 p.m., U.S. Border Patrol Agents (USBP), working near La Grulla, Texas observed several subjects walking north from the Rio Grande River into the brush area. USBP agents responded to the location were the subjects had last been seen.

A USBP helicopter assisted in the search and advised agents on the ground that they had visual of subjects concealed in the thick brush. When ground agents were being directed to the subject's location they ran south towards the Rio Grande River and did not appear to be carrying anything with them. USBP agents were able to apprehend two subjects before they could abscond into Mexico. USBP agents performed a search of the area where the subjects had last been seen hiding and were able to locate six large bundles hidden in the thick brush.

The six bundles and the two subjects, later identified as Roberto Daniel ALVAREZ-Castro and Oscar Ivan MEDINA-Rizo were transported to the Rio Grande City Border Patrol Station for processing. At the station the six bundles weighed approximately 147.65 kilograms and contents of the bundles tested positive for properties and characteristics of marijuana.

At approximately 9:00 p.m., under Miranda advisement and waiver, ALVAREZ-Castro told DEA agents that he agreed to smuggle the bundle of marijuana into the United States. ALVAREZ-Castro further stated, that six individuals including MEDINA-Rizo were carrying bundles of marijuana from Mexico into the United States. ALVAREZ-Castro mentioned the only person not carrying a bundle was the guide of the group.

Under Miranda advisement and waiver, MEDINA-Rizo told DEA agents that he was not carrying a bundle of marijuana and had only crossed illegally into the United States with a group of individuals that were smuggling marijuana.